UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>ANGEL ERAZO-SANTA,<br><br>                              Defendant. | Case No. 16-CR-152-JPS<br><br><br><br>**ORDER** |

On September 20, 2016, the government filed a two count indictment against the defendant, charging him with robbery and using a firearm in connection therewith, in violation of 18 U.S.C. § 1951(a) and 2, and § 924(c)(1)(A)(ii) and 2. (Docket #1). On February 9, 2017, the government filed a single-count information against the defendant, charging him with conspiracy to commit robbery with a firearm, in violation of 18 U.S.C. § 371. (Docket #31). That same day, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to the single-count Information and that the Indictment would be dismissed at sentencing. (Docket #32).

The parties appeared before Magistrate Judge Nancy Joseph on February 14, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #37). The defendant entered a plea of guilty as to Count One of the Information. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #36 and #37).

Thereafter, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #36). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #36) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 2nd day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge